JOHN D. ROBERTS, Plaintiff in Error,

*v.*

STATE OF TENNESSEE.

367 S. W. 2d 480.

(*Jackson,* April Term, 1963.)

Opinion filed May 10, 1963.

H. T. ETHERIDGE, JR., Jackson, for plaintiff in error.

GEORGE F. McCANLESS, Attorney General, WALKER T. TIPTON, Assistant Attorney General, Nashville, for the State.

MR. JUSTICE DYER delivered the opinion of the Court.

The defendant, John D. Roberts, was convicted of assault and battery in the General Sessions Court of Madison County and fined $15.00. Defendant in this court went to trial upon a plea of not guilty having waived his right to indictment and trial by jury under Sections 40-118 and 40-423, T.C.A.

Under Section 40-426, T.C.A. any person so convicted as defendant herein in a Court of General Sessions may appeal to the Court having criminal jurisdiction in the county, and the case is then tried upon the original warrant, without indictment or presentment, but the defendant may in this Court demand a jury. The defendant in the case at bar availed himself of the right to appeal under this code section, and upon trial in the Criminal Court of Madison County was found guilty by a jury and fined $250.00.

Defendant has seasonably appealed to this Court assigning errors. Under the fourth assignment of error defendant insists under the law the Criminal Court could not levy a fine against him greater than the fine levied against him by the Court of General Sessions. We are not able to agree with this conclusion. When defendant perfected his appeal under Section 40-426 this in effect

abrogated the judgment of the Court of General Sessions and the case stood for trial in the Criminal Court de novo.

Defendant did not file a bill of exceptions and all other matters raised by the assignments of error could only be brought before the Court in a bill of exceptions. The Court cannot go beyond the record. *O'Brien v. State,* 193 Tenn. 361, 246 S.W.2d, 45.

Judgment affirmed.